UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MR. and MRS. S., on behalf of B.S.,
and MICHIGAN DEPARTMENT OF
EDUCATION,

      Petitioners-Appellees,

                      File No.  5:06-CV-0053

v.

                      HON. ROBERT HOLMES BELL

ROCHESTER COMMUNITY SCHOOLS,

      Respondent-Appellant.

_____/

## **O R D E R**

In accordance with the opinion entered this date,

**IT IS HEREBY ORDERED** that the Michigan Department of Education's Motion

for Preliminary Injunction (Docket #6) and Request for Injunctive Relief (Docket #32) are

**DENIED**.


Date:    October 2, 2006        /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    CHIEF UNITED STATES DISTRICT JUDGE